# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

CHUKWUMA E. AZUBUKO

V.                          CASE NUMBER: 5:08-CV-69(NPM/GJD)

UNKNOWN BOSTON POLICE
OFFICERS, et al.

| | |
|---|---|
| [] | **Jury Verdict.**  This action came before the Court for a trial by jury. The issues  have been tried and the jury has rendered its verdict. |
| **[XX]** | **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered. |

IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of DEFENDANTS against PLAINTIFF, dismissing this action in its entirety with prejudice pursuant to 28 U.S.C. §1915(e)(2)(B)(i)-(iii) and 28 U.S.C. §1406(a) as set forth in the Decision and Order of the Hon. Neal P. McCurn dated February 14, 2008.

DATED:      February 14, 2008

_Lawrence K. Baerman_
Clerk of Court

LKB:lmp